**Fill in this information to identify the case:**

Debtor 1: Valinda Ward

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Texas

Case number: 15-30049

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** SRP 2013-1 LLC

**Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account: 9 8 9 1

**Date of payment change:** Must be at least 21 days after date of this notice — 08/01/2018

**New total payment:** Principal, interest, and escrow, if any — $ 570.93

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 32.43      New escrow payment: $ 35.19

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%      New interest rate: _____%

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____      New mortgage payment: $ _____

| | | |
|---|---|---|
| Debtor 1 | Valinda Ward | Case number *(if known)* 15-30049 |
| | First Name  Middle Name  Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Angela Kristen Viale
Signature

Date 06/26/2018

Print: Angela   Kristen   Viale
       First Name   Middle Name   Last Name

Title: Bankruptcy Asset Manager

Company: SN Servicing Corporation

Address: 323   5th Street
         Number   Street

Eureka      CA   95501
City        State   ZIP Code

Contact phone: 800-603-0836

Email: bknotices@snsc.com

SN Servicing Corporation                   Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836

Analysis Date:   June 19, 2018

VALINDA WARD                                                                              Loan:
27106 SEAHORSE LN                                         Property Address:
MAGNOLIA TX  77355                                        27106 SEAHORSE LANE
                                                          MAGNOLIA, TX  77355

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from Aug 2017 to July 2018.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Aug 01, 2018: | Escrow Balance Calculation | |
|---|---|---|---|---|
| Principal & Interest Pmt: | 535.74 | 535.74 ** | Due Date: | Jun 01, 2018 |
| Escrow Payment: | 32.43 | 35.19 | Escrow Balance: | 1,037.20 |
| Other Funds Payment: | 0.00 | 0.00 | Anticipated Pmts to Escrow: | 64.86 |
| Assistance Payment (-): | 0.00 | 0.00 | Anticipated Pmts from Escrow (-): | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 | Anticipated Escrow Balance: | $1,102.06 |
| Total Payment: | $568.17 | $570.93 | | |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 259.44 | 1,022.80 |
| Aug 2017 | 32.43 | 30.46 | | | * | 291.87 | 1,053.26 |
| Sep 2017 | 32.43 | 30.46 | | | * | 324.30 | 1,083.72 |
| Oct 2017 | 32.43 | 30.46 | | | * | 356.73 | 1,114.18 |
| Nov 2017 | 32.43 | 30.46 | | | * | 389.16 | 1,144.64 |
| Nov 2017 | | | | 422.22 | * County Tax | 389.16 | 722.42 |
| Dec 2017 | 32.43 | 30.46 | | | * | 421.59 | 752.88 |
| Jan 2018 | 32.43 | 30.46 | 389.16 | | * County Tax | 64.86 | 783.34 |
| Feb 2018 | 32.43 | 60.92 | | | * | 97.29 | 844.26 |
| Mar 2018 | 32.43 | 30.46 | | | * | 129.72 | 874.72 |
| Apr 2018 | 32.43 | 30.46 | | | * | 162.15 | 905.18 |
| Apr 2018 | | 67.16 | | | * Escrow Only Payment | 162.15 | 972.34 |
| May 2018 | 32.43 | 32.43 | | | | 194.58 | 1,004.77 |
| Jun 2018 | 32.43 | 32.43 | | | | 227.01 | 1,037.20 |
| Jul 2018 | 32.43 | | | | * | 259.44 | 1,037.20 |
| | | | | | Anticipated Transactions | 259.44 | 1,037.20 |
| Jun 2018 | | 32.43 | | | | | 1,069.63 |
| Jul 2018 | | 32.43 | | | | | 1,102.06 |
| | $389.16 | $501.48 | $389.16 | $422.22 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we  anticipated that payments from your account would be made during this period equaling $389.16.  Under Federal law, your lowest monthly balance should not have exceeded $64.86 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are

Page 1

silent on this issue. Your actual lowest monthly balance was greater than $64.86. The items with an asterisk on your Account History may explain this. If you want a further explanation, please call our toll-free number.
**(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. We are sending you a check for the surplus.

SN Servicing Corporation  Final
For Inquiries: (800) 603-0836

Analysis Date: June 19, 2018

VALINDA WARD                                                                                                    Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | From Escrow | Description | Escrow Balance Anticipated | Required |
|---|---|---|---|---|---|
| | | | Starting Balance | 1,102.06 | 351.83 |
| Aug 2018 | 35.19 | | | 1,137.25 | 387.02 |
| Sep 2018 | 35.19 | | | 1,172.44 | 422.21 |
| Oct 2018 | 35.19 | | | 1,207.63 | 457.40 |
| Nov 2018 | 35.19 | 422.22 | County Tax | 820.60 | 70.37 |
| Dec 2018 | 35.19 | | | 855.79 | 105.56 |
| Jan 2019 | 35.19 | | | 890.98 | 140.75 |
| Feb 2019 | 35.19 | | | 926.17 | 175.94 |
| Mar 2019 | 35.19 | | | 961.36 | 211.13 |
| Apr 2019 | 35.19 | | | 996.55 | 246.32 |
| May 2019 | 35.19 | | | 1,031.74 | 281.51 |
| Jun 2019 | 35.19 | | | 1,066.93 | 316.70 |
| Jul 2019 | 35.19 | | | 1,102.12 | 351.89 |
| | $422.28 | $422.22 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of $70.37. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed $70.37 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is $1,102.06. Your starting balance (escrow balance required) according to this analysis should be $351.83. This means you have a surplus of $750.23. **(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. We are sending you a check for the surplus.

We anticipate the total of your coming year bills to be $422.22. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Page 3

| New Escrow Payment Calculation | |
|---|---:|
| Unadjusted Escrow Payment | 35.19 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $35.19 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
Kristin A. Zilberstein (SBN 200041)
Jennifer R. Bergh, Esq. (SBN 305219)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph:  (949) 427-2010
Fax: (949) 427-2732
mghidotti@ghidottilaw.com

Authorized Agent for Creditor
SRP 2013-1 LLC

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

| In Re: | ) | CASE NO.:  15-30049 |
| --- | --- | --- |
| | ) | |
| Valinda Ward, | ) | CHAPTER 13 |
| | ) | |
| Debtors. | ) | **CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

| | |
|---|---|
| 1 | On July 9, 2018 I served the following documents described as: |
| 2 | • **NOTICE OF MORTGAGE PAYMENT CHANGE** |
| 3 | |
| 4 | on the interested parties in this action by placing a true and correct copy thereof in a sealed |
| 5 | envelope addressed as follows: |
| 6 | (Via United States Mail) |

| **Debtor** | **Chapter 13 Trustee** |
|---|---|
| Valinda Ward | William E. Heitkamp |
| 27106 Seahorse Lane | Office of Chapter 13 Trustee |
| Magnolia, TX 77355 | 9821 Katy Freeway |
| | Ste 590 |
| **Debtor's Counsel** | Houston, TX 77024 |
| Reese W Baker | |
| Baker & Associates | **U.S. Trustee** |
| 950 Echo Lane | US Trustee |
| Suite 200 | Office of the US Trustee |
| Houston, TX 77024 | 515 Rusk Ave |
| | Ste 3516 |
| | Houston, TX 77002 |

   xx    (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

   _____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

   xx  (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

        Executed on July 9, 2018 at Santa Ana, California

/s / Lora Amundson
Lora Amundson

2
CERTIFICATE OF SERVICE