**Fill in this information to identify the case:**

Debtor 1: Valinda Ward

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Texas

Case number: 15-30049

---

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** SRP 2013-1 LLC

**Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account: 9 8 9 1

**Date of payment change:** Must be at least 21 days after date of this notice: 04/01/2019

**New total payment:** Principal, interest, and escrow, if any: $ 597.16

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____      New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 13.125 %      New interest rate: 13.50 %

   Current principal and interest payment: $ 551.43      New principal and interest payment: $ 561.97

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____      New mortgage payment: $ _____

| Debtor 1 | _____ | Case number *(if known)* 15-30049 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Angela Kristen Viale
Signature

Date 03/04/2019

Print: Angela   Kristen   Viale
       First Name  Middle Name  Last Name

Title: Bankruptcy Asset Manager

Company: SN Servicing Corporation

Address: 323 5th Street
         Number   Street

Eureka                    CA    95501
City                      State  ZIP Code

Contact phone: 800-603-0836

Email: bknotices@snsc.com

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

VALINDA WARD
27106 SEAHORSE LN
MAGNOLIA TX 77355

February 5, 2019

RE: Loan Number: 0000

## Subsequent Interest Rate Adjustment Notice

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. SN SERVICING CORPORATION, THEIR EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED BY US WILL BE USED FOR THAT PURPOSE. TO THE EXTENT THAT YOU MAY HAVE RECEIVED A DISCHARGE IN BANKRUPTCY THIS COMMUNICATION SHOULD NOT BE CONSTRUED AS INTENT TO SUBJECT YOU TO PERSONAL LIABILITY FOR THE DISCHARGED DEBT.

### Changes to Your Mortgage Interest Rate and Payments on March 1, 2019

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a 6 month period during which your interest rate stayed the same. That period ends on March 1, 2019, so on that date your interest rate and mortgage payment change. After that, your interest rate may change every 6 months for the rest of your loan term.

|  | Current Rate and Monthly Payment | New Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 13.125% | 13.50% |
| Total Monthly Payment | $586.62 | $597.16 (due April 1, 2019) |

**IMPORTANT:** To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Creditor retains rights under its security instrument, including the right to foreclose its lien.
**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin." Under your loan agreement, your index rate is the 1st B.Day-6 Mo WSJ LIBOR and your margin is 10.65%. The 1st B.Day-6 Mo WSJ LIBOR index is published Monthly in The Wall Street Journal. The index rate plus margin will be rounded to the nearest 0.125%.
**Rate Limits:** Your rate cannot go higher than 17.25%, or lower than 10.25% over the life of the loan. Your rate can increase every 6 months by no more than 1.00%. Your rate can decrease every 6 months by no more than 1.00%.
**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. These amounts are based on the 1st B.Day-6 Mo WSJ LIBOR index, your margin, your loan balance of $42,821.41, and your remaining loan term of 174 months.
**Prepayment Penalty:** None
Please continue to mail your payments as previously directed. The title and telephone number of a person who will answer any question you may have regarding this notice is:

Name: Angela Viale
Title: Asset Manager
Toll Free Number: (800) 603-0836, ext: 2685

*If your account is not contractually current, the new payment amount will not go into effect until your loan is due for 04/01/2019.

**The index value used is the published value, as of the effective date stated on your Note, in the printed edition of the Wall Street Journal.

Michelle R. Ghidotti-Gonsalves, Esq. (SBN 27180)
GHIDOTTI | BERGER
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph:  (949) 427-2010
Fax: (949) 427-2732
mghidotti@ghidottiberger.com

Attorney for Creditor
SRP 2013-1 LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS– HOUSTON DIVISION

| In Re: | ) | CASE NO.:  15-30049 |
|---|---|---|
| | ) | |
| Valinda Ward, | ) | CHAPTER 13 |
| | ) | |
| Debtors. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On March 4, 2019 I served the following documents described as:

- **NOTICE OF MORTGAGE PAYMENT CHANGE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor** <br> Valinda Ward <br> 27106 Seahorse Lane <br> Magnolia, TX 77355 <br><br> **Trustee** <br> William E. Heitkamp <br> Office of Chapter 13 Trustee <br> 9821 Katy Freeway, Ste 590 <br> Houston, TX 77024 | **Debtor's Counsel** <br> Reese W Baker <br> Baker & Associates <br> 950 Echo Lane, Suite 200 <br> Houston, TX 77024 <br><br> **US Trustee** <br> US Trustee <br> Office of the US Trustee <br> 515 Rusk Ave, Ste 3516 <br> Houston, TX 77002 |
|---|---|

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on March 4, 2019 at Santa Ana, California

/*s / Lauren Simonton* <br>
Lauren Simonton

2
CERTIFICATE OF SERVICE